**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Benjamin Franklin Cook, III, | No. CV-18-03592-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Sydney Davis, | |
| Defendant. | |

The Court is in receipt of *Pro Se* Plaintiff's filing titled "Proof of Service for Sydney Davis," in which he represents that he served Defendant Sydney Davis the summons and a copy of the complaint by certified mail. (Doc. 11). However, pursuant to Federal Rules of Civil Procedure Rule 4,[1] certified mail is not a proper form of service. *See* Fed. R. Civ. P. 4 (d)-(j). Accordingly,

**IT IS ORDERED** that Plaintiff must serve Defendant Sydney Davis on or before February 8, 2019 in compliance with Fed. R. Civ. P. 4;

**IT IS FURTHER ORDERED** that Plaintiff must file with the Court proof of service in compliance with Fed. R. Civ. P. 4(l) on or before February 8, 2019; and

**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate any or all Defendant(s) in this matter, without further notice or order from the Court, that have not

---
[1] Plaintiff is directed to become familiar with the Local Rules and the Federal Rules of Civil Procedure and is advised of the Free Self-Service Clinic at the Phoenix courthouse. For information, visit the Court's internet site at: www.azd.uscourts.gov. Proceed to the box entitled *Information for Those Proceeding Without an Attorney* and then the link entitled *Federal Court Self-Service Center Phoenix*.

been served on or before February 8, 2019.

Dated this 8th day of January, 2019.

_____
Honorable Diane J. Humetewa
United States District Judge