**WO**

NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Benjamin Franklin Cook, III,

    Plaintiff,

v.

Sydney Davis,

    Defendant.

No. CV-18-03592-PHX-DJH

**ORDER**

Upon review of the record, the Court finds *Pro Se* Plaintiff filed an unauthorized pleading titled "Claimant's Response to Answer from Respondent," which appears to be a Response to Defendant's Answer. (Doc. 17). Neither the Federal Rules of Civil Procedure nor the Local Rules permit Plaintiff to file a Response to Defendant's Answer; therefore, the Court will strike Plaintiff's pleading titled "Claimant's Response to Answer from Respondent."[1] Accordingly,

**IT IS ORDERED** directing the Clerk of Court to strike Plaintiff's pleading titled "Claimant's Response to Answer from Respondent" (Doc. 17) from the docket; and

…

…

…

…

---

[1] There are resources available for *pro se* plaintiffs on the Court's internet site. For information, visit the Court's internet site at: www.azd.uscourts.gov, and proceed to the box entitled *Information for Those Proceeding Without an Attorney*.

**IT IS FURTHER ORDERED** that all future filings must be filed in compliance with all Local and Federal Rules, including, but not limited to Local Rule 7.2.

Dated this 21st day of February, 2019.

_____
Honorable Diane J. Humetewa
United States District Judge